Beverly Ann Ritter and Beverly Ann Ritter as Administratrix of the Estate of Jack A. Ritter, Deceased, Plaintiffs-Appellants, v. Central National Life Insurance Company, an Insurance Corporation, Defendant-Appellee.

Gen. No. 10,240.

Third District.

October 22, 1959.

Rehearing denied December 1, 1959.

Released for publication December 1, 1959.

George Traicoff, and Lybarger and Collins, for appellants; Scott and Sebo (Walter J. Sebo, of counsel) for appellee. Opinion by JUDGE CARROLL. Not to be published in full.